**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
DISTRICT COURT
DISTRICT OF MARYLAND

2014 AUG -8  PM 12: 57

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Da'Shawn Coleman
Po Box 67113
Baltimore, Md. 21215

(Full name and address of the plaintiff)
**Plaintiff(s)**

*

*

vs.                                                    *

Denise Lei feste / Guil Rebstock
Progressive Finan'cial Services / Mercy Hospital
Po Box 24098          301 St Paul Place
Tempe, AZ 85282 /Baltimore, MD. 21202

(Full name and address of the defendant(s))
**Defendant(s)**

*

WDQ14CV2527

Civil No.:_____
(Leave blank.  To be filled in by Court.)

*

*

*
******

**COMPLAINT**

1.    Jurisdiction in this case is based on:

☑    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☑    Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☑    Other (explain) _Identity was stolen across states_
_via internet damages are intense including_
_medical, mental and more._

2.     The facts of this case are:

First, I am a identity theft victim who has reoccurring situations for goin on 12 years... Someone from my college used my SSN/DOB to apply for loans (SL) via the internet w/out my permission. There was a serious scam that took place... I was misled and was told that I was being given scholarships, grants, grad assistantships and funds that were not repayable. I've never applied for any loans but I will admit to signing for 3500 and 2000 but I never really created the debt nor knew where they were coming from... my interpretation was that they were awarded scholarships. I later discovered about different ways that my SSN/DOB was used illegally and inappropriately which leads to my mental stress and the depression I've been suffering... I am requesting they leave me alone and belikved from fraud id theft and to get my life. I am also asking to the relief of tax liens.... So on, you can ask any questions? The amount constantly change and info illegally using my SSN/DOB.)

3.   The relief I want the court to order is:

☑ Damages in the amount of: $100,000

☑ An injunction ordering: Waive garnishments, tax lien (Fed & State) and relief of the fraudulent debt...

☑ Other (explain) I should be compensated for my pain suffering and lost of life/its experiences with potential career opportunities... cars lost and so on...

_08/08/2014_
(Date)

_(Signature)_

DA'Shawn Coleman
PO Box 67113
Baltimore, Md. 21215
(410) 948-8727
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.