J. Crayne 7050

# SCPD Incident Report

**INCIDENT**
CC#: 05-2... 
Report Date: 5/12/05 Report Time: 1505 
Pct: ... Sector: ... Desk 
Occurred on/from Date: 9/14/98 Time: 1200 
Occurred to Date: 1/18/04 Time: 1200 
B: 62
Business name and type: Dowling College 
Incident Address: Idle Hour Blvd. Oakdale 
Town Code: 5254 / 11769

| No. | LAW | NAME OF OFFENSE | DEG | ART/SECTION | SUB | CAT | ATT | CTS | TARGETS (J) | WEAPON CODES (A) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | Identity Theft | 3 | 190.78 | 1 | M | C | 1 | I | |
| 2 | | | | | | | | | | |

**ASSOCIATED PERSONS**
Person Type: C=Complainant V=Victim A=Arrestee S=Identified Suspect W=Witness N=Neighbor P=Person Interviewed O=Other

Per 1, Type C: Name: Coleman, Dashawn 
Address/P.O. Box 67113, 3029 Garrison Ave Baltimore MD 21215 
D.O.B. ...77 Sex: F Race: 2 
Work Telephone: 410-084-9622 2115 
Offense/Offender: K 4 L 00 M 4 N 41 Q 2 R N S 2

**NARRATIVE**
Above complainant reports unknown person(s) did use her social security number between the above dates and charged an unknown amount to her student loan at the above college. Above reports her new balance is $54,555 and is unsure how much was incurred from an unknown person. Above requests documentation to start investigation by the Dept of Education.

Faxed to ID Theft.

ID# 1769

**ADMINISTRATIVE**
Status: Active / Pending 
Reporting/Investigating Officer: [signature] PD 57411/70/2 
Supervisor: [signature] 5911co/157/2

05-240329

**BALTIMORE POLICE DEPARTMENT**  4110127

☐ Citizen / Police Contact  ☐ Involuntary Detention  ☐ Stop & Frisk

| ☐ Vehicle ☑ Pedestrian | Date 4-24-12 | Time 0200 | Duration | CC # (If applicable) 12-1D6971 |

Location: 1100 Baker St Ap 213

Post:

Officer Name (Last, First):

Seq:

Assignment:

Unit: 133

### CITIZEN INFORMATION

Citizen Name (Last, First, MI): Coleman, Dashawn R

DOB: [redacted] 77

☐ Asian ☑ Black ☐ Hispanic ☐ White ☐ Other:  ☑ Male ☐ Female

Address: 1100 Bolton St Ap 213

Phone: 410-948-8727

City, State: Balt MD   ☐ Not Baltimore City Address   Zip: 21201

Identification: ☐ Drivers License ☐ State Issued ID ☐ None ☐ Other

State: MD   License/ID Number: [redacted]

### VEHICLE INFORMATION

Stop Involved  ☐ Radar ☐ VASCAR ☐ Laser

Registration:  State:  Exp:

Year:  Make:  Model:  Color:

### PRIMARY REASON FOR CONTACT (Mark only one.)

☐ Field Interview / Investigation  ☐ Vehicle Safety Equipment Violation  ☐ Traffic Violation  
☐ Stop & Frisk  ☐ Other:

**INCIDENT/VIOLATION:** False Pretense

Article   Section   Description (Traffic Stops MUST INCLUDE the primary Violation)

### ACTION(S) TAKEN (Mark all that apply.)

☐ None ☐ Verbal Warning ☐ SERO ☐ Traffic Citation ☐ Civil Citation ☐ Criminal Citation  
☐ Warrant Check ☐ Involuntary Detention ☐ Stop & Frisk ☐ Weapon Recovered ☐ Arrest  
☐ Other:

**Primary CHARGE** ☐ Criminal ☐ Civil ☐ Traffic  
Article   Section   Description

Search ☐ Person ☐ Property ☐ Vehicle ☐ None  |  Consent Given ☐ Yes ☐ No

Reason for Search: ☐ Incident to Arrest  ☐ Stop & Frisk (CC# and narrative required)  ☐ Exigent Circumstances  ☐ K-9 Alert ☐ Other:

Arrest Based on ☐ Search ☐ Stop ☐ Other:

Items Seized ☐ Firearm(s) ☐ CDS ☐ Other:

Reporting Officer's Signature:

Reviewer:

Reviewing Supervisor's Printed Name:

RMS Data Entered By:

Signature   Seq #   Date   |   Seq #   Date   Time

**CITIZEN COPY**

| SUPPLEMENT REPORT<br>Form 04/007<br>1160-25-53 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | 1 Crime / Incident<br>Identity Theft | Attempt ☐ | 2 Complaint Number<br>12-1D10971 |
|---|---|---|---|---|

☐ Continuation    ☒ Follow Up

| Person ☐ | Property ☐ | Miscellaneous ☐ | Vehicle ☐ | Missing Person ☐ | Custody ☐ |

3 Location of Offense / Incident (Street Address, Zip): 1100 Bolton St Apt 213, 21201
Page 1 of 1

4 Date / Time of This Report: 29JUL13 1525hr
5 Arrest / Custody Number:

| 6 Unit | 7 Post of Occurrence | 8 Reporting Area | 9 Street Code | 10 CAD Number | Report Date / Time | 12 Offense / Incident Changed From |
|---|---|---|---|---|---|---|
| 1D11 | 133 | | | 1457 | R12 1340 | |

13 Case Status: ☐ Open ☐ Closed
14 Multiple Clearance: ☐ Yes ☐ No
15 Case Disposition: ☐ Cleared ☐ Not Cleared    Explain
16 Follow-up: ☐ Yes ☐ No
17 Crime Code
18 Crime Classification

19 Complainant/Victim Name: Coleman, Dashawn R
Residence / Address: 1100 Bolton St Apt 213 B/L MD 21201
Sex: F   Race: B   Age: 34   DOB: //77

20 Copies Forwarded To:

**Narrative:**

Due to error in good faith, Ms. Coleman's first name was spelled incorrectly in report cc# 12-1D10971. Correct spelling of Ms. Coleman's first name is Dashawn not Deshawn. Investigation is hindering due to misspelling of Ms. Coleman's first name for Identity Theft. P/O Alford responded approx. a few months ago for a follow up. Supplement was written but went missing then. Supplement being written again on 29JUL13 1825hr. Ms. Coleman's first name should be spelled Dashawn in original report not Deshawn.

21 I affirm and declare that the statements above are true to the best of my knowledge:
Reporting Person's Signature / Date

22 Reporting Officer Name (PRINT CLEARLY): P/O Alford
Sequence No. Assignment

23 Approving Supervisor Rank and Name: O/C JOHN BEANOT E949
Sequence No. Assignment: CO
Signature: O/C

24 RMS Data Entered By | Sequence No. | Date | Time | 25 Reviewer | 26 Referred To

REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK

# UNITED STATES GOVERNMENT
## WAGE GARNISHMENT ORDER (SF-329B)

RECEIVED JUL 29 2014
Mercy Medical Center
Payroll Department

# 118733



| 1. Date of this Order: | 2. Date Mailed to Employer: | 3. Creditor Agency Tracing No. (refer to this number in all correspondence): |
|---|---|---|
| 07/18/2014 | 07/21/2014 | 1001128665 |

**RE:**

| 4. Employee Name: | 5. Employee Social Security No.: |
|---|---|
| DASHAWN NMN COLEMAN | XXX-XX-5346 |

**TO:**

| 6. Employer: | 7. Employer Mailing Address (include street address, P.O. Box, suite no., city, state, zip code): |
|---|---|
| MERCY HEALTH SERVICES, INC | ATTN PAYROLL<br>301 SAINT PAUL PL<br>BALTIMORE MD 21202-2102 |

**FROM:**

| 8. Creditor Agency: | 9. Creditor Agency Mailing Address (include street address, city, state, zip code): |
|---|---|
| PROGRESSIVE FINANCIAL SERVICES, INC. | US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 105081<br>ATLANTA GA 30348-5081 |
| 10. Contact Name:<br>PROGRESSIVE FINANCIAL SERVICES, INC. | 11. Telephone No.:<br>800-745-2345 |
| 12. Internet e-mail address: | 13. Fax No.: |

| 14. Amount Due: | 15. As of (Month/Day/Year): | *Note*: The amount due may be increased as a result of additional interest, penalties, and other costs being assessed by the Creditor Agency. |
|---|---|---|
| $83,317.13 | 07/21/2014 | |

**Section 1. ORDER.** YOU, the Employer, are hereby ORDERED to deduct from all disposable pay paid by you to the Employee the Wage Garnishment Amount described in Section 2 of this Order. You are ordered to begin deductions on the first pay day after you receive this Order. If the first pay day is within 10 days after you receive this Order, you may begin deductions on the second pay day after you receive this Order. You are ordered to continue deductions until you receive notification from the Creditor Agency to suspend or discontinue deductions. YOU are further ORDERED to pay the Creditor Agency all Wage Garnishment Amounts deducted by you under

STANDARD FORM 329B (11-98)
Prescribed by 31 CFR 285.11

000040

this order within three (3) business days of the withholding. Employers are encouraged to make payments electronically, if possible, as follows:

| 16. ABA Routing No.: | 17. Account No.: | 18. Agency Location Code (ALC) No.: |
|---|---|---|
| N/A | N/A | N/A |
| 19. Account Title: | 20. Other information required (i.e., tracking no., debtor name, etc.): | |
| N/A | N/A | |

Otherwise, mail checks (postmarked with 3 business days of the withholding) to:

21. Mailing address for check payments:
US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105081
ATLANTA GA 30348-5081

## Section 2. WAGE GARNISHMENT AMOUNT.

(a) The Wage Garnishment Amount is $ _____ per pay period in accordance with an agreement between the Creditor Agency and the Employee.

-OR-

(b) The Wage Garnishment Amount for each pay period is the lesser of:

(1) _15_ % of the Employee's disposable pay *(not to exceed 15%)*;

(2) the garnishment amount set forth in 15 U.S.C. 1673(a)(2) (the amount by which the employee's disposable pay exceeds an amount equivalent to 30 times the minimum wage); or

(3) 25% of the Employee's disposable pay less the amounts withheld under the withholding orders with priority. A withholding order with priority is a valid, legally enforceable withholding order that either (1) was received by the Employer prior to this Order, or (2) is an order for family support regardless of date received. Upon termination of any withholding order with priority or upon receipt of an order for family support subsequent to the receipt of this Order, the amount withheld for this order shall be recalculated based on the formula described in this Section 2(b).

*Note*: The Employer may use the attached Wage Garnishment Worksheet to calculate the Wage Garnishment Amount.

**CREDITOR AGENCY CERTIFICATION.** The **CREDITOR AGENCY herby certifies** that this Order is issued in accordance with the requirements of 31 U.S.C. 3720D and 31 C.F.R. 285.11 and is mailed to the Employer on the date shown above.

*[signature]*

CREDITOR AGENCY SIGNATURE

Print Name: _Denise Leifeste_

STANDARD FORM 329B (11-98) BACK

000040

## WAGE GARNISHMENT WORKSHEET (SF-329C)

**Notice to Employers:** The Employer may use a copy of this Worksheet each pay period to calculate the Wage Garnishment Amount to be deducted from a debtor's disposable pay. Disposable pay includes, but is not limited to, salary, overtime, bonuses, commissions, sick leave and vacation pay. **If section 2(a) of the Wage Garnishment Order specifies the dollar amount to be garnished, the employer does not need to complete this Worksheet.**

Debtor Name ___DASHAWN NMN COLEMAN___

Social Security Number ___XXX-XX-5346___

**Pay Period Frequency** (Select One):

\* Weekly or less     (\* Every other week)     \* Two times per month     \* Monthly     \* Other (Specify:_____)

### DISPOSABLE PAY COMPUTATION

| 1. | Gross Amount paid to Employee | |
|---|---|---|
| 2. | Amounts Withheld: | |
| | a. Federal income tax | |
| | b. F.I.C.A. (social security) | |
| | c. Medicare | |
| | d. State tax (including income tax, unemployment, disability) | |
| | e. City/Local tax | |
| | f. Health insurance premiums | |
| | g. Involuntary retirement or pension plan payments | |
| 3. | Total allowable deductions [Add lines a - g] | |
| 4. | DISPOSABLE PAY [Subtract line 3 from line 1] | |

### WAGE GARNISHMENT AMOUNT COMPUTATION

If the Employee's wage are not subject to any withholding orders with priority, skip to line 8.

| 5. | 25% of Disposable Pay [Multiply line 4 by .25] | |
|---|---|---|
| 6. | Total Amounts Withheld Under Other Wage Withholding Orders with Priority. See section 2(b) of the Order. | |
| 7. | Subtract line 6 from line 5 [If line 6 is more than line 5, enter zero]. | |
| 8. | Multiply the percentage from section 2(b)(1) of the Order by line 4. (The percentage from section 2(b)(1) of the Order may not exceed 15%). Example: If the percentage from section 2(b)(1) of the Order is 15%, multiply .15 by line 4. | |
| 9. | Amount equivalent to 30 times the Federal Minimum wage ($7.25)<br>If the employee is paid  Line 9 is    If the employee is paid  Line 9 is<br>Weekly or less            217.50        2x per month              471.25<br>Every other week          435.00        Monthly                   942.50 | |
| 10. | Subtract line 9 from line 4 [if line 9 is more than line 4, enter zero]. | |
| 11. | WAGE GARNISHMENT AMOUNT<br>Line 7, 8, or 10, whichever amount is the smallest | |

STANDARD FORM 329C (11-98)
Prescribed by 31 CFR 285.11

000040



## EMPLOYER CERTIFICATION (ED-329D)

**NOTICE TO EMPLOYERS: THE EMPLOYER MUST COMPLETE AND RETURN THIS CERTIFICATION TO THE CREDITOR AGENCY WITHIN 20 DAYS OF RECEIPT.**

*To be completed by Creditor Agency:*

| Date of this Order: | Date Mailed to Employer: | Creditor Agency Tracking No.: |
|---|---|---|
| 07/18/2014 | 07/21/2014 | 1001128665 |

| Creditor Agency: | Creditor Agency Mailing Address (include street address, city, state, zip code): |
|---|---|
| PROGRESSIVE FINANCIAL SERVICES, INC. | US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 105081<br>ATLANTA GA 30348-5081 |

| Employee Name: | Employee Social Security No.: |
|---|---|
| DASHAWN NMN COLEMAN | ███-██-5346 |

*The remainder of the Employer Certification is to be completed by Employer:*

| Employer Name: | Employer Taxpayer Identifying Number: |
|---|---|
|  |  |

| Employer Address (for future correspondence on this matter): | Employer Contact Name: |
|---|---|
|  |  |

| Employer Telephone No.: | Employer Fax No.: | Employer E-mail Address: |
|---|---|---|
|  |  |  |

*Note:* The Employer Taxpayer Identifying Number, required by 31 U.S.C. § 7701(c), will be used to collect and report any delinquent amounts owed by the Employer under this Order.

1. The Employer received the Wage Garnishment Order concerning the above named employee on 7/29/14 (Date)
2. Check one of the following:
   a. ✓ The above named Employee is currently employed with this Employer, or
   b. ___ The above named Employee is no longer employed by this Employer.

*Please provide the following information for employees no longer employed:*

| Employment Termination Date: | Employee's current employer (if known): |
|---|---|
|  |  |
| Employee's last known address and telephone no. (if known): |  |

*Note:* If the Employee is no longer employed with this Employer, the Employer does not need to complete the rest of this Certification. Sign and date this Certification on page 2 and return to the Creditor Agency.

3. Please provide the following information for the *current pay period* only. Or, you may attach a copy of a completed Wage Garnishment Worksheet to this Certification:

| Gross amount paid to Employee (indicate whether hourly, weekly, annually, etc.): $ | Wage Garnishment Amount: $ |
|---|---|
| Pay Interval (Select One):<br>☐ Weekly or less<br>☐ Every other week<br>☐ Two times per month | ☐ Monthly<br>☐ Other(Specify _____) |

4. If the Employee's wages are subject to withholding orders with priority, please complete the following: A withholding order with priority is one received by the Employer prior to this Order or an order for family support received at any time. Upon termination of the family support or prior withholding order, the amount withheld for this Order shall be increased.

| List All Withholding Orders With Priority | Date Served On Employer | Approx. Date Withholding Expected To End (if known) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

The person signing below hereby certifies that he or she is a duly authorized representative of the Employer, and that the above information is accurate to the best of his or her knowledge and belief.

_Gail Rebstock_    7/29/14
SIGNATURE OF EMPLOYER REPRESENTATIVE    DATE

Print Name: Gail Rebstock
Title: Capital Projects Accountant
Telephone No.: 410-332-9483